No. 56, Misc. KEEVER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 58, Misc. NETTINGHAM v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Robert M. Devitt* for respondent.

No. 65, Misc. BLANKENSHIP v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 73, Misc. WOLL v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Assistant Attorney General, for respondent.

No. 75, Misc. BREEN v. BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 78, Misc. HECKE v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 84, Misc. DRAPER v. WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondents.